Para enmendar el inciso A
de la Regla 24 de las Reglas
para la Administración de
Primera Instancia

2

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para enmendar el Inciso A de la Regla 24 de las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999 | Resolución<br><br>2000 TSPR 102 |

Número del Caso: ER-2000-04

Fecha: 29/junio/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

Para enmendar el inciso A
de la Regla 24 de las Reglas
para la Administración de
Primera Instancia

Para enmendar el inciso A
de la Regla 24 de las Reglas
para la Administración de
Primera Instancia

2

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

Para enmendar el Inciso A de
la Regla 24 de las Reglas para la
Administración del Tribunal de
Primera Instancia de Puerto
Rico de 30 de junio de 1999          ER-2000-04

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de junio de 2000

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda el inciso A de la Regla 24 de las Reglas para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999, para añadir los apartados 1 y 2 que lean:

A...

1. Se entenderá que la fecha en que concluye la presentación de la prueba en los juicios civiles y de relaciones de familia determinará que los casos están sometidos y listos para adjudicar, salvo que el Tribunal o el Juez concediere término a las partes para presentar memorandos de derecho, en cuyo caso se entenderá extendida la fecha de sometimiento por la duración de dicho término o hasta la presentación de los memorandos de derecho, en caso de que tal presentación ocurra <u>antes</u> de la expiración del término concedido para ello.

2. Se entenderá que las Mociones de Sentencia Sumaria en los casos civiles y de relaciones de familia quedan sometidos cuando

Para enmendar el inciso A
de la Regla 24 de las Reglas
para la Administración de
Primera Instancia

2

se reciba la Moción o Mociones en Oposición a las mismas. La fecha del recibo de la Moción o Mociones en Oposición o si transcurre el término para ello sin haberla presentado, determinará que los casos están sometidos y listos para adjudicar, esta sumisión se entenderá extendida al término concedido por el Tribunal para réplica o dúplica, salvo que las mismas sean presentadas <u>antes</u> de la expiración del término, en cuyo caso, a la fecha de presentación de tales escritos, se considerarán sometidos los casos.

Esta resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo